**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

UNITED STATES OF AMERICA

    VS                                                                     CASE NO.  3:97cr78-02/RV

SUHAIL GEORGE MOUREY

**REFERRAL AND ORDER**

Referred to Senior Judge Roger Vinson on   February 19, 2009
Motion/Pleadings:   Motion to Dismiss Indictment
Filed by   United States            on 2/18/2009       Doc.#   118
RESPONSES:

                                          on              Doc.#
                                          on              Doc.#

_____ Stipulated      _____ Joint Pldg.
_____ Unopposed    _____ Consented

                                      WILLIAM M. McCOOL, CLERK OF COURT

                                       s/Jerry Marbut
LC (1 OR 2)                      Deputy Clerk: Jerry Marbut

## *ORDER*

*Upon consideration of the foregoing, it is ORDERED this  19th    day of*
*  February               , 2009, that:*
*(a) The relief requested is GRANTED, without prejudice.*
*(b)* _____

                                       /s/ *Roger Vinson*
                                       *ROGER VINSON*
                               *Senior United States District Judge*